Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
jrodriguez@shimodalaw.com

Attorneys for Plaintiff MARGIE SPENCER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE SPENCER,<br><br>Plaintiff,<br><br>vs.<br><br>LTF CLUB MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-02362-KJM-DB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Complaint Filed: 9/8/17 |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: July 17, 2018         By: /s/ Justin P. Rodriguez
                             Justin P. Rodriguez
                             Attorney for Plaintiff

DATED: July 17, 2018         By: /s/ Anthony J. DeChristoforo
                             Anthony J. DeChristoforo
                             (as authorized on 7/17/18)
                             Attorney for Defendant

    IT IS SO ORDERED.

DATED: July 23, 2018.

_____
UNITED STATES DISTRICT JUDGE

**STIP & ORDER RE VDRP**        Case No.: 2:17-CV-02362-KJM-DB        1